UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___1:26-mj-02539-Louis___

UNITED STATES OF AMERICA

v.

ROY ATTIA,

Defendant.

_____/

FILED BY____CB____D.C.

**Mar 23, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ Nadia L. Rossbach
_____
NADIA L. ROSSBACH
Assistant United States Attorney
Court ID No. A5503415
99 Northeast 4th Street,
Miami, FL 33132-2111
Telephone: (305) 961-9343
E-mail: nadia.rossbach@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Roy Attia,<br>_____<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   1:26-mj-02539-Louis

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 25, 2018 through present (March 23, 2026)   in the county of   Miami-Dade and France   in the

Southern   District of   Florida, and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Garrett Canterbury, Special Agent, FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by   Face Time

Date:   March 23 2026

_____
*Judge's signature*

City and state:   Miami, Florida

Honoable Lauren Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Garrett Canterbury, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crime and Fugitives Task Force of the FBI's Miami Division. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve investigating various violations of federal offenses, including bank robberies, Hobbs Act robberies, extortions, kidnappings, fugitives, and other violations of federal law. I have been an FBI Special Agent since August 2025. Before becoming an FBI Special Agent, I worked as a Staff Operations Specialist with the FBI from June 2022 until August 2025. In that role, I assisted with complex FBI criminal and national security investigations related to Indian Country offenses, international kidnappings for ransom, hostage taking, and international fugitives, among others.

2.      This affidavit is made for the purpose of establishing probable cause in support of a criminal complaint and arrest warrant for **Roy ATTIA** for knowingly and willfully moving or traveling in interstate or foreign commerce with the intent to avoid custody or confinement after conviction, in violation of 18 U.S.C. § 1073. I have not included all the facts known to me. Instead, I have set forth only those facts necessary to establish probable cause for **ATTIA**'s arrest.

## PROBABLE CAUSE

3.      In July 2018, the North Miami Beach Police Department conducted an undercover drug operation in which **ATTIA** negotiated to purchase 1 kilogram of cocaine for $25,000. On July 18, 2018, **ATTIA** met with an individual to purchase the cocaine, removed a large amount of

U.S. currency from his cloth bag, and gave the money to the individual in exchange for the cocaine. Law enforcement authorities arrested **ATTIA,** searched his cloth bag, and found a fully loaded Glock 9mm caliber pistol. The cocaine **ATTIA** purchased weighed 1,118.1 grams.

4.      On August 17, 2018, in the Eleventh Judicial Circuit Court in Miami-Dade County, **ATTIA** was charged with one count of trafficking in more than 400 grams, but less than 150 kilograms, of cocaine, in violation of Florida Statute § 893.135(1)(B)(1)(c), which is a felony under Florida law.

5.      On August 24, 2018, in the same court, **ATTIA** entered into a plea agreement and pleaded guilty to the charge. The court adjudicated **ATTIA** guilty. The court released him from custody under various conditions, to await further court proceedings including sentencing.

6.      On August 25, 2018, one day after being released on pre-sentencing conditions, **ATTIA** boarded Air France flight number 99 from Miami International Airport to Paris, France, according to travel records reviewed by your affiant. **ATTIA** is a dual United States and French citizen with familial ties in France.

7.      On August 30, 2018, the Eleventh Judicial Circuit Court in Miami-Dade County issued an arrest warrant for **ATTIA** for failing to appear in court for the underlying drug trafficking charges. On September 21, 2018, the same court sentenced **ATTIA**, in his absence, to 30 years in Florida state prison (case #F18014519).

8.      The North Miami Beach Police Department worked with INTERPOL to issue a Red Notice for **ATTIA** based on the Florida drug trafficking charges. Interpol issued a Red Notice on December 15, 2021, and it remains active, number 6560587 and 2021/80427.

2

9.      On January 24, 2026, the FBI received an anonymous tip from an individual (J.H.) who stated that on January 23, 2026, she saw her ex-boyfriend, **ATTIA**, in France via his Snapchat account. J.H. wondered why **ATTIA** was in France and found (via Google) online records outlining the North Miami Beach Police Department case described above. Your affiant and other FBI employees conducted searches in various law enforcement and public records databases to identify the anonymous tipster and corroborate the facts in her tip.

10.     FBI agents then contacted the Chief Assistant State Attorney for Miami-Dade County who corroborated the fact that **ATTIA** had been arrested, convicted, and sentenced. The State Attorney's Office then requested assistance from the FBI to locate and apprehend **ATTIA**.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that **ATTIA** moved and traveled in interstate commerce with the intent to avoid custody or confinement after being convicted in Florida state court for the felony of trafficking in more than 400 grams, but less than 150 kilograms, of cocaine, pursuant to Fla. Stat. § 893.135(1)(B)(1)(c), in violation of Title 18 U.S.C. § 1073.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
GARRETT CANTERBURY
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Face Time this 23  day of March 2026.

_____
HONORABLE LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

3